# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142272

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DONALD ARTHUR SHUMPERT, III,
       Defendant-Appellant.

SC: 142272
COA: 292634
Washtenaw CC: 08-001183-FC

_____/

On order of the Court, the application for leave to appeal the October 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

y0418

Clerk